PETER J. POELS et al., Copartners under the Firm Name of POELS & BREWSTER, Appellants, *v.* CHARLES E. MERRILL et al., Copartners under the Firm Name of MERRILL, LYNCH & Co., Respondents.

*Fraud — action to recover for alleged fraudulent statements through which plaintiffs were induced to contract with another to their damage.*

*Poels* v. *Merrill*, 216 App. Div. 839, affirmed.

(Argued December 1, 1927; decided December 16, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1926, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term. The action was brought to recover damages for alleged fraudu-

Prepared by State Reporter from Appeal Papers

lent statements of the defendants, by means of which plaintiffs claim they were induced to enter into two contracts with a certain corporation which failed to perform to plaintiffs' damage.

*Almet Reed Latson, Matthew Spalletta* and *John Kenneth Byard* for appellants.

*Herman Aaron* and *Stanhope Foster* for respondents.

Judgment affirmed, with costs, upon the ground that there is no evidence of any false representations binding on the defendants.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.